UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYNA KATHERINE HOGG,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendants.

Case No. C26-2171RSL

ORDER TO SHOW CAUSE

On September 1, 2026, the Court issued an order requiring the parties to file a Joint Status Report by September 29, 2026, Dkt. # 12. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than October 22, 2026, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of September 1, 2026. The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 23, 2026.

DATED this 8th day of October 2026.

Robert S. Lasnik
United States District Judge